IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 08-0098
 ((((((((((((((((

 Employees Retirement System Of Texas, Petitioner

 v.

 Carl M. Patton, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The unopposed motion to abate case pending completion of
settlement, filed on March 4, 2008, is granted, and this case is ABATED to
allow the parties to proceed with settlement negotiations.
 2. The case is abated until further order of this Court and is
removed from the Court's active docket subject to reinstatement upon proper
motion. All other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. It is the parties'
responsibility to immediately notify this Court of any changes in the
settlement proceedings on or before May 3, 2008.
 Done at the City of Austin, this 14th day of March, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk